# UNITED STATES DISTRICT COURT
для the
Middle District of North Carolina
_____ Division

FILED
MAY 26 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By: ___

Gary C. Clement
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DBA
HomeWatchCaregivers
by The Triangle (See Attached)
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 23CV431
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gary C. Clement
Street Address: 5530 Sunlight Drive Apt 106
City and County: Durham, Durham County
State and Zip Code: North Carolina, 27707
Telephone Number: (919) 259-0338
E-mail Address: mamahaynes@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Defendant No. 1

- Name: ANZOR Grachechiladze, ~~President~~
- Job or Title (if known): President
- Street Address: 139 Old Lystra Road
- City and County: Chapel Hill, ~~NC 27517~~ (County - Orange)
- State and Zip Code: North Carolina 27517
- Telephone Number: (919) 960-6038
- E-mail Address (if known):

Defendant No. 2

- Name: Kimberly A. Flair
- Job or Title (if known): Secretary / Treasurer
- Street Address: 139 Old Lystra Road
- City and County: Chapel Hill (County - Orange)
- State and Zip Code: North Carolina 27517
- Telephone Number: (919) 960-6038
- E-mail Address (if known):

Defendant No. 3

- Name: Leslie Mazzola
- Job or Title (if known): Vice President
- Street Address: 8154 Lowbank Drive
- City and County: Naples, County (- Collier)
- State and Zip Code: Florida 34109
- Telephone Number: (919) 960-6038
- E-mail Address (if known):

Defendant No. 4

- Name: Stephanie Wright,
- Job or Title (if known): Vice President
- Street Address: 1006 Blackburn Road
- City and County: Apex (County - Wake)
- State and Zip Code: North Carolina 27502
- Telephone Number: (919) 960-6038
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | HomeWatch Caregivers of the Triangle |
| Street Address | 101 Cosgrove Ave, |
| City and County | Chapel Hill, NC ~~27514~~ (Orange County) |
| State and Zip Code | ~~City~~ North Carolina, 27514 |
| Telephone Number | (919) 960-6038 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
Retaliation

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

March - April - September 2022

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [x] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

Retaliation

E. The facts of my case are as follows. Attach additional pages if needed.

See attached

Page 4 of 6

Case 1:23-cv-00431-LCB-JEP   Document 2   Filed 05/26/23   Page 4 of 7

Retaliation -(facts of my case)

Plaintiff work for defendants company, HomeWatch caregivers of the triangle as a Sitter and Caregiver for 10 years full time. He had a good reputation, did his work, was very honest, dedicated and dependable, and in February of 2022, he spoke with the scheduler at the job because he had a desire to go back to school to better himself.

To fix the schedule to accommodate school and work, he needed to change his Thursday schedule, which took almost a month for the scheduler to fix. His original time to work was Thursday, Friday, Saturday and every other Sunday from 7pm-7am. His school days and hours were Monday and Wednesday, 6pm-11pm and Thursday 6pm-8pm.

To make the schedule work, the scheduler found a person to change with plaintiff on Thursdays to mornings (7am-5pm) so he could continue to work his full schedule and go to school. This plan work beautifully.

In March of 2022, plaintiffs client died, he continued to work for the company and go to school still until his hours were significantly reduced due to scheduler not able to find him new clients which would fit within his hours of availability.

As this happened, he Then filed for unemployment, and his schoolwork now took precedence over the job. Defendant took offense to this and The scheduler suggested plaintiff to quit school in order to fix his schedule. Because of lack of work, he lost a reasonable paycheck, his healthcare and was unable to pay his bills. He called the school to see how we could work things out, and they told him it was too late to change anything. So he was stuck.

Before the client passed away, scheduler was doing all she could to accommodate plaintiff. After plaintiff hours dropped, and school becoming more demanding, scheduler stop trying to fix any new schedule and refused to make any changes. She said the schooling was the problem, despite plaintiff trying to better himself.

Because plaintiff filed for unemployment, in retaliation, defendants wrote something and or mark something very willful, deliberate and very intentional on the intake form which block plaintiff from receiving employment compensation.

According to defendant Mandy Summerson, "we should not have to pay for your schooling". Because of defendants comments on this form, plaintiff didn't receive unemployment until January of 2023, almost one year after applying for it. This situation was all defendants fault and caused irreclible harm and damage to plaintiffs life.

Despite this action to block plaintiffs employment compensation, plaintiff continued to work for defendants until his resignation in September 2022 right before he graduated. Defendants wrote a letter to plaintiff that was more than favorable and thanked him for his service. So it didn't make any sense that plaintiff be blocked from receiving unemployment compensation.

It's very simple, Plaintiff who had been working 10 years full time for defendants was in January of 2023 found eligible and awarded unemployment benefits. Defendants deliberately in retaliation, punished plaintiff for going back to school. In plaintiffs opinion, This show Defendants as very mean spirited and evil. Defendants refused to mark or complete paperwork to reflect the plaintiff in a favorable manner. According to laws governing unemployment benefits, plaintiff had done nothing wrong which made him automatically eligible for benefits.

Supporting evidence

To prove character, of defendant, in 2016, plaintiff was literally being forced to go back into the household of a racist client at the request of the defendant. Defendant, refused to act responsibly then, and continues to act irresponsible in this situation- it appears his objective was to harm plaintiff then, and same as this failure to approve unemployment benefits which also harmed plaintiff, putting his life in harms way. The defendant only cared about money, absolutely no care or concern for his employees at all.

HomeWatch Caregivers of the Triangle employs over 100 employees. At the time, the company employed predominantly African, African American females. The majority of the employees receive minimum pay for the jobs they do. Plaintiff was one of very few male employees, and the only African American male who work there that amount of time.

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**May 5, 2023**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* **May 5, 2023**.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief of $5 million Dollars. This action was very egregious. I work for the employer for 10 year full time and was very dependable, work over time often, and when I resigned he gave me a very good recommendation and stated, if he ever wanted to return to his Business I could. For him to deny my unemployment, I could not pay my Bills, could not pay for meds for my wife, or hardly pay rent or eat. This was done is retaliation of me continuing to go to School and Work reduced hours.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.



### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 22, 2023

Signature of Plaintiff: Gary C Clement
Printed Name of Plaintiff: GARY C. Clement

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: